UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HANDFORD FARRIS,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>GUILLERMINA HALL MURREY,<br>Warden, et al.,<br><br>　　　　　Defendants. | Case No. EDCV 08-472-DOC  (OP)<br><br>ORDER ADOPTING FINDINGS,<br>CONCLUSIONS, AND<br>RECOMMENDATIONS OF<br>UNITED STATES MAGISTRATE<br>JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge, and the Objections filed by Plaintiff, de novo

/ / /

/ / /

/ / /

1    IT IS ORDERED that the Judgment be entered: (1) approving and adopting this Report and Recommendation; (2) granting Defendant's Motion to Dismiss the Second Amended Complaint without leave to amend; and (3) directing that judgment be entered dismissing the Second Amended Complaint with prejudice.

DATED:  October 25, 2010        /s/ David O. Carter
                                HONORABLE DAVID O. CARTER
                                United States District Judge


Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge