JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HANDFORD FARRIS, </br></br>Plaintiff, </br></br>vs. </br></br>GUILLERMINA HALL MURREY, Warden, et al., </br></br>Defendants | Case No. EDCV 08-472-DOC (OP) </br></br> J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

/ / /

/ / /

/ / /

IT IS ADJUDGED that the Second Amended Complaint is dismissed with prejudice.

DATED: October 25, 2010

HONORABLE DAVID O. CARTER
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge